IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH EDWARD BIGHAMES, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM SEGREST, *et al.*, )<br>   Defendants. ) | CASE NO.  2:03cv991-F<br>(WO) |

## **O R D E R**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on June 23, 2005, (Doc. # 19), that the defendants' motion for summary judgment be granted and that this case be dismissed with prejudice.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this the 27th day of July 2005.

                                                    /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE