IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RALPH EDWARD BIGHAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:03cv991-F |
| ) | (WO) |
| WILLIAM SEGREST, *et al.*, ) | |
| Defendants. ) | |

# **JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on June 23, 2005 (Doc. # 19), is ADOPTED.

(2) The defendants' motion for summary judgment is GRANTED.

(3) This case is DISMISSED with prejudice.

(4) The costs of these proceedings be and are hereby TAXED against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 27th day of July 2005.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE